STATE v. MATHIS

No. 10PA98

Case below: 126 N.C.App. 688

Petition by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 February 1998. Motion by Attorney General to amend petition for certiorari pursuant to G.S. 7A-32 allowed 5 February 1998. Motion by defendant to dismiss denied 5 February 1998.

STATE v. McDONALD

No. 606P97

Case below: 128 N.C.App. 188

Motion by Attorney General for temporary stay denied 30 December 1997. Petition by Attorney General for writ of supersedeas denied 5 February 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. McKINNEY

No. 584P97

Case below: 127 N.C.App. 756

Petition by defendant discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. NIXON

No. 546P97

Case below: 127 N.C.App. 563

Petition by defendant discretionary review pursuant to G.S. 7A-31 denied 5 February 1998. Motion by Attorney General to dismiss appeal allowed 5 February 1998.

STATE v. PRICE

No. 585A87-7

Case below: 337 N.C. 756

Motion by defendant for appropriate relief denied 5 February 1998.